**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **SATISFIED BRAKE PRODUCTS, INC.** | ) | **Case No. 11-_____** |
| | ) | |
| | ) | |
| **Debtor in a Foreign Proceeding** | ) | **CHAPTER 15** |
| | ) | |
| | ) | |
| _____ | ) | |

**STATEMENT IN SUPPORT OF PETITION FOR ENTRY OF AN**
**ORDER RECOGNIZING FOREIGN MAIN PROCEEDING**
**AND APPLICATION FOR PROVISIONAL RELIEF**

Noubar Boyadjian, pursuant to 28 U.S.C. § 1746 and 11 U.S.C. §§ 1504, 1509 and 1515, hereby declares under penalty of perjury under the laws of the United States, as follows:

**I.    INTRODUCTION**

1.    I am a representative of Litwin Boyadjian, Inc., the Trustee pursuant to the filing of a Notice of Intention to file a Proposal to creditors under the Bankruptcy & Insolvency Act (Canada) by Satisfied Brake Products, Inc. ("Foreign Debtor"), which is a privately held company incorporated in Canada.

2.    Foreign Debtor is subject to an insolvency proceeding filed on January 10, 2011 (the "Foreign Main Proceeding") in Canada pursuant to section 50.4(1) of the Bankruptcy and Insolvency Act (Canada) R.S.C. 1985 c. B-3 (the "BIA").

3.    I respectfully tender this statement in support (the "Statement") of (i) the Petition for Recognition of a Foreign Main Proceeding (the "Petition"); and (ii) the Application for Provisional Relief Pending Recognition of a Foreign Main Proceeding

(the "Application").

4.      To the best of my information and belief:

(a)     The Trustee qualifies as a "foreign representative" appointed in a "foreign proceeding" as those terms are defined in 11 U.S.C. § 101(23) and (24).

(b)     This chapter 15 case was properly commenced in accordance with the requirements of 11 U.S.C. § 1504, 1509 and 1515, as well as any other relevant provision of chapter 15 of the Bankruptcy Code;

(c)     The Foreign Main Proceeding is a "foreign main proceeding" as defined in 11 U.S.C. § 1502(4) (*see also* 11 U.S.C. § 1517(b)(1)); and

(d)     The provisional relief is necessary to maintain the status quo, support the Foreign Main Proceeding and allow an organized dissolution and distribution of assets.

## II.      BACKGROUND

### A.      Satisfied Brake Operations

Satisfied Brake Products, Inc. ("Foreign Debtor") is a corporation organized and existing under the laws of Canada with no offices in the United States. The head office of Satisfied is in the City of Dorval, District of Montreal, Province of Quebec, Canada. Satisfied's plant and warehouse are situated in the City of Cornwall, Ontario, Canada. Foreign Debtor has operated for over twenty-five years in the friction aftermarket. Foreign Debtor manufactures and sells brake pads and shoes along five product lines. The Foreign Debtor MotorSports division focuses the company's experience on racing and product development through the GranSport product line for track and street applications.

### B.      Events Leading to Canadian Bankruptcy Proceeding

On April 15, 2009, Brake Parts, Inc. ("BPI") filed an action in the United States District Court for the Eastern District of Kentucky, Case No. 09-CV-132-KSF (the

"Initial Kentucky Action") against David Lewis ("Lewis"), a former BPI engineer who helped develop formulas for BPI's brake pads. BPI alleged that Lewis had breached his nondisclosure agreement with BPI and made related claims regarding improper use of confidential information.

Also in 2009, BPI initiated an action against Foreign Debtor in the Ontario Superior Court and another action against Foreign Debtor and others in the Northern District of Illinois. In June, 2010, the United States District Court for the Northern District of Illinois granted a motion to transfer the case to the United States District Court for the Eastern District of Kentucky and denied a motion to consolidate the Initial Kentucky Action, without prejudice (the "Transferred Kentucky Action"). The Transferred Kentucky Action was styled *Brake Parts, Inc. v. Satisfied Brake Products, Inc. and Robert Kahan*, Case no. 5:10-CV-00212, in the United States District Court for the Eastern District of Kentucky.

The Kentucky District Court granted a motion to consolidate the Initial Kentucky Action and the Transferred Kentucky Action and added Foreign Debtor as party defendant in the Initial Kentucky Action. The consolidated cases are referred to as the "Kentucky Action").

In December 2010, in the Kentucky Action, the District Court entered an injunction preventing the Foreign Debtor from continuing operations on most of its products, and ordering any party (including Foreign Debtor's customers) who had knowledge of the injunction from selling or otherwise disposing of the products and ordered Foreign Debtor to recall all of the said products (the "Injunction"). The effect of the Injunction was that all of Foreign Debtor's customers would no longer purchase any

product from Foreign Debtor and would not pay their outstanding accounts receivable to Foreign Debtor. In addition, a large part of Foreign Debtor's inventory at its Cornwall plant was effected by the Injunction and could not be sold. Therefore, the Injunction essentially put Foreign Debtor out of business.

Foreign Debtor has sought emergency relief from the United States Court of Appeals for the Sixth Circuit to, among other things, terminate the Injunction. A ruling on this relief is pending. On May 10, 2011, the District Court entered an Opinion and Order in the Kentucky Action that authorized filing a Second Amended Complaint and allowed certain depositions to continue.

C.     **Canadian Bankruptcy Action**

Entry of the Injunction caused Foreign Debtor's banker, the Bank of Montreal, to immediately call its loan with Foreign Debtor and exercise its right to enforce its security on all of Foreign Debtor's assets, as it deemed that its security on Foreign Debtor's inventory and accounts receivable was in jeopardy. Foreign Debtor had no alternative other than to seek protection under the BIA. On January 10, 2011, Foreign Debtor filed a Notice of Intention to make a proposal[1] ("NOI") with the Office of the Superintendent of Bankruptcy Canada (the "Superintendent"), an agency of Industry Canada, which is responsible for bankruptcy filings in Canada ("Foreign Main Proceeding"). Litwin Boyadjian, Inc., based in Montreal, Canada, was appointed trustee under the NOI ("Trustee"). The Foreign Main Proceeding is styled *In Re the Matter of Satisfied Brakes Inc. (Debtor) and Litwin Boyadjian Inc. Trustee,* Superior Court, Province of Quebec,

---

[1] A proposal is essentially an offer to compromise delivered to creditors pursuant to the BIA. The NOI stays all recourses against a Debtor in respect of claims against the Debtor and its property for the recovery of a claim provable in bankruptcy.

District of Montreal, Bankruptcy Division, Court Number 500-11-040128-114, Superintendant Number 41-1449455, File number 1101002.

A Canadian bankruptcy proceeding is the responsibility of Industry Canada, which is part of the federal parliament (bankruptcies are federal actions, not provincial). Bankruptcy Canada, which is under the direction of the Superintendent, is an agency of Industry Canada that controls all bankruptcy cases in Canada. The voluntary filing begins with the Notice of Intention to make a proposal.

Once the Notice of Intention is filed, the insolvent person has approximately six months to submit a proposal to creditors. Foreign Debtor must file its proposal on or about June 23, 2011. If the proposal is filed, creditors have 21 days to vote to accept or reject the proposal. If accepted, the proposal is acted on. If the proposal is not filed or rejected, the insolvent person becomes bankrupt and liquidates.

Although possibly too simplistic, Industry Canada, through Bankruptcy Canada, functions as the bankruptcy court and the Trustee is akin to a debtor in possession. The pre-proposal period equates to operating in a chapter 11 and the proposal is like plan of reorganization that is consummated if approved by creditors. If a plan is not filed or is rejected, the case converts to a liquidation.

D.    **Foreign Debtor Assets and Liabilities**

The NOI filing resulted in the closing of the Cornwall plant, which employed 125 people. Papers filed in the Foreign Main Proceeding disclose an estimated total net book value of assets of $16.5 million and list 170 creditors. Information filed in the Foreign Main Proceeding showing the assets, liabilities and creditors are attached as Exhibit A. Additional information is available on the website of the Trustee at http://litwinboyadjian.net; follow the links for Satisfied Brake Products, Inc.

### III.   QUALIFICATIONS FOR RECOGNITION

#### A.   General

1.      The Trustee qualifies as a "Foreign Representative" as defined in 11 U.S.C. § 101(24) by reason of appointment of the Trustee under the BIA.

2.      It is my understanding the Foreign Main Proceeding is a "foreign main proceeding" as described in 11 U.S.C. §§ 101(23), 1502(4) and 1517(a)(1) because the Foreign Main Proceeding is authorized under the laws of Canada for the purpose of reorganizing and/or liquidating the assets of Foreign Debtor and the center of main interests of Foreign Debtor, including its primary office and registration, is in Canada.

#### B.   Procedural Compliance

3.      I am not aware of any other pending foreign proceedings involving Foreign Debtor, except for the Foreign Main Proceeding. *See* 11 U.S.C. § 1515(c). The style of the Foreign Proceeding is described in Section II.C.

4.      Foreign Debtor is involved in the Kentucky Action, which is still active in the Eastern District of Kentucky.

5.      Attached are the following items required by FED. R. BANKR. P. 1007(4):

    (a)      Exhibit B:  A corporate ownership statement required by FED. R. CIV. P. 7.1 and FED. R. BANKR. P. 7007.1 revealing that there are no corporations that own 10% or more of the ownership interests of Foreign Debtor;

    (b)      Exhibit C:  A list of the names and addresses of all persons authorized to administer foreign proceedings of Foreign Debtor;

    (c)      Exhibit D:  A list of all parties involved in litigation pending in the EDKY Litigation; and

    (d)      Exhibit E:  All entities against whom provisional relief is sought.

WHEREFORE, Foreign Representative asks the Court to recognize this case as a

Foreign Main Proceeding, grant the relief requested in the Application and grant all other relief to which the Foreign Representative may appear entitled.

Respectfully submitted,

LITWIN BOYADJIAN, INC., AS TRUSTEE

Noubar Boyadjian

Date: May 13 2011

("Foreign Representative")

PROVINCE OF  Quebec        )
                           )SS:
COUNTY OF  Montreal        )

The foregoing instrument was acknowledged before me this 13th day of May 2011 by Noubar Boyadjian the President of Litwin Boyadjian, Inc a trustee, on behalf of the corporation.

My commission expires:  For Life

NOTARY PUBLIC

4349856_2.doc

## EXHIBIT A

(Assets, Liabilities and Creditors' List)

**LITWIN • BOYADJIAN INC** • Syndic de faillites • Bankruptcy Trustee

CANADA
PROVINCE OF QUEBEC
DISTRICT OF MONTREAL

Court Number: 500-11-040128-114
Superintendent Number: 41-342758
File Number:1101004

### NOTICE AND STATEMENT OF THE RECEIVER
#### (Subsection 245 (1) and 246(1) of the Act)

In the Matter of the Receivership of the Property of
**LES PRODUITS DE FREINS SATISFAIT INC.
(SATISFIED BRAKE PRODUCTS INC.)**

The receiver gives notice and declares that:

1.  On Wednesday, January 12th, 2011, **LITWIN BOYADJIAN INC.**, became the receiver in respect of the property of **LES PRODUITS DE FREINS SATISFAIT INC. (SATISFIED BRAKE PRODUCTS INC.),** that is described bellow:

|  | Estimated Book Value |
|---|---|
| Accounts Receivable | $ 2,645,825.14 |
| Inventory | 8,607,673.00 |
| Equipment | 5,245,641.00 |
| Total net book value of assets | $16,499,139.14 |

2.  **LITWIN BOYADJIAN INC.**, became a receiver by having taken possession and control of the property described above by virtue of being appointed by the Superior Court (Commercial Division) Province of Quebec, District of Montreal, pursuant to an order dated January 12th, 2011, court Number **500-11-040128-114**.

3.  The undersigned took possession and control of the property described above on the 13th day of January 2011.

4.  The following information relates to the receivership:

    a.  Address of Debtor :

        **Head Office**
        9060 Ryan Avenue
        Dorval, QC, H9P 2M8

    b.  Principal line of business

        Brake Production for automatic Industry

    c.  Location of business:

        -   9060 Ryan Avenue
            Dorval, Québec
            H9P 2M8

        -   805 Education Road
            Cornwall, Ontario
            K6H 6C7

d.   Amount owed by the Debtor to each creditor who holds a security on the property described above:

|                   |                |
|-------------------|----------------|
| Bank of Montreal  | $ 1,557,272.24 |
| 139320 Canada Inc.| $ 9,638,346.50 |
| 2930587 Canada Inc.| $ 9,638,346.50 |

e.   The list of other creditors of the Debtor and the amount owed to each creditor and the total amount due by the insolvent person is as follows:

See attached list

f.   The intended plan of action of the receiver during th receivership, to the extent that such a plan has been determined, is a follows:

To seek a purchaser for the company's assets in the event that a viable proposal is not possible.

g.   The Receiver Contact is:

Litwin Boyadjian Inc.
1411 Peel Street
Suite 602
Montreal, Quebec
H3A 1S5

| Attention: | Mr. Noubar Boyadjian,C.A., C.I.RP. |
|------------|-----------------------------------|
| Telephone: | (514) 875- 4000 |
| Facsimile: | (514) 875- 0598 |

**DATED** at Montreal, this 17th day of January 2011.

LITWIN BOYADJIAN INC., RECEIVER
NOUBAR BOYADJIAN, C.A., C.I.R.P., ADMINISTRATOR

**Litwin Boyadjian Inc.**

January 17, 2011                    IN THE MATTER OF THE RECEIVERSHIP OF                    Page: 1
                    LES PRODUITS DE FREINS SATISFAIT INC.
                    "SATISFIED BRAKE PRODUCTS INC."
                    Mailing List

MR. STEWART KAHAN
105 LAPORTE
DOLLARD-DES-ORMEAUX, QC  H9A 3H5

**Preferred**

| | | | |
|---|---|---|---|
| 1 | EMPLOYEES | | 366,319.47 |

**Secured**

| | | | |
|---|---|---|---|
| 2 | 139320 CANADA | 9060 RyAN AVE.  DORVAL QC H9P 2M8 | 9,638,346.50 |
| 3 | 2149-5460 QUÉBEC INC. USD | 9060 RYAN AVE.  DORVAL QC H9P 2M8 | 1,205,269.91 |
| 4 | 2149-5460 QUÉBEC INC. | 9060 RYAN AVE.  DORVAL QC H9P 2M8 | 559,576.15 |
| 5 | 2930587 CANADA INC. | 9060 RYAN AVE.  DORVAL QC H9P 2M8 | 9,638,346.50 |
| 6 | BANK OF MONTREAL. A/S: KAUFMAN LARAMEE | 800 BOUL RENE LEVESQUES WEST SUITE 2220 MONTRÉAL QC H3B 1X9 | 1,557,272.24 |

**Unsecured**

| | | | |
|---|---|---|---|
| 7 | A&A COURRIER SERVICES | 4226 ST JEAN SUITE 204 SOLLARD DES ORMEAUX QC H9G 1X5 | 29.80 |
| 8 | AAIA US ACCOUNT | PO BOX 37167  BALTIMORE/USA MD 21279-3167 | 100.00 |
| 9 | AB CARTAGE | 16911 CORNWALL CENTRE ROAD  LONG SAULT ON K0C 1P0 | 2,599.00 |
| 10 | ACCENT IMPRESSION | 9300 HENRI-BOURASSA W SUITE 100 ST-LAURENT QC H4S 1L5 | 13,199.18 |
| 11 | ACIER RIVE NORD | 480 BOUL INDUSTRIEL  ST EUSTACHE QC J7R 5V3 | 678.29 |
| 12 | AGENCE DU REVENU DU CANADA-FAILLITES-PRO CENTRE D'ARRIVAGE RÉGIONAL DE L'INSOLVAB | 25, RUE DES FORGES, PIÈCE 111  TROIS-RIVIÈRES QC G9A 2G4 | 1.00 |
| 13 | AIREX LTD. | 8030 METROPOLITAIN EAST  MOTNREAL QC H1K 1A1 | 5,388.00 |
| 14 | AMPAL INC. US | P.O. BOX 828963 PHILADELPHIA -PA 19182-8963 USA | 19,737.00 |
| 15 | ANGEL PRINTING | 368 BALMORAL AVENUE  CORNWALL ONT K6H 6K1 | 163.85 |
| 16 | ANSTRO MANUFACTURING INC. US | LOCKBOX 7942 P.O. BOX 8500 PHILADELPHIA PA 19178-794 USA | 5,242.06 |
| 17 | ANXEBUSINESS CORP US ACCOUNT | PO BOX 15073 STATION A TORONTO ONT M5W 1C1 | 223.43 |
| 18 | ATRIA NETWORKS | 301 VICTORIA ST. SOUTH  KITCHENER ON N2G 3W9 | 6,655.70 |
| 19 | BANK OF MONTREAL-BANKRUPTCY BANKRUPTCYHIGHWAY.COM (416) 253-3610 | P.O. BOX 57100  ETOBICOKE ON M8Y 3Y2 | 1.00 |
| 20 | BELL CANADA NORTH YORK | PO BOX 9000 STATION DON MILLS NORTH YORK ONT M3C 2X7 | 1,035.88 |
| 21 | BELL CANADA- GROUPE INSOLVABILITE 508875828 (514) 766-7326 | 1, ALEXANDRE GRAHAM BELL AILE E 3 VERDUN QC H3E 3B3 | 1,084.45 |
| 22 | BELL MOBILITE | C.P. 11095 SUCC. CENTRE-VILLE MONTRÉAL QC H3C 5E7 | 138.33 |
| 23 | BEST WESTERN PARKWAY INN | 1515 VINCENT MASSEY DRIVE  CORNWALL ONT K6H 5R6 | 405.05 |
| 24 | BOROPLUS | 1805 AUTOROUTE LAVAL W  LAVAL QC H7L 3W3 | 3,568.84 |
| 25 | BRAKES & MORTAR | 9060 RYAN AVE.  DORVAL QC H9P 2M8 | 54,250.00 |
| 26 | BROWN'S FINE FOOD SERVICES INC | PO BOX 506 3300 2ND STREET EST CORNWALL ONT K6H 5T2 | 570.28 |
| 27 | BRUBACHER INDUSTRIAL | 10 EDY ST.  ST-JACOBS ON N0B 2N0 | 28,288.12 |
| 28 | BUDGET PROPANE | 638 LAROCQUE STREET  VALLEYFIELD QC J6T 4E1 | 1,246.39 |
| 29 | C.S.S.T. GILLES MESSIER | 1, COMPLEXE DESJARDINS, TOUR DU SUD 35E ETAGE, C.P. 3, SUCC PLACE DESJARDINS MONTRÉAL QC H5B 1H1 | 1.00 |
| 30 | CAMPI STEEL | 935 BOULDU HAVRE  VALLEYFIELD QC J6S 5L1 | 463.43 |
| 31 | CANADAWIDE SCIENTIFIC LIMITED | 2300 WALKLEY ROAD  OTTAWA ONT K1G 6B1 | 348.14 |
| 32 | CANADIAN LINEN AND UNIFORM | 102 FRASER ST.  KINGSTON ON K7K 2J2 | 11,076.54 |

Litwin Boyadjian Inc.

January 17, 2011

IN THE MATTER OF THE RECEIVERSHIP OF

Page: 2

LES PRODUITS DE FREINS SATISFAIT INC.

"SATISFIED BRAKE PRODUCTS INC."

Mailing List

| | | | |
|---|---|---|---:|
| 33 | CAPITAL TOOL<br>US ACCOUNT | 270 SPINNAKER WAY  CONCORD ONT L4K 4W1 | 1,097.03 |
| 34 | CAPITAL TOOL (CANADIAN) | 270 SPINNAKER WAY  CONCORD ON L4K 4W1 | 9,295.02 |
| 35 | CAPUT | | 1.00 |
| 36 | CENTRAL GRAPHICS | 5526 TIMBERLEA BLVD.  MISSISSAUGA ON L4W 2T7 | 53,247.39 |
| 37 | CENTURY AUTOMOTIVE MFG. INC.<br>US | 1455 E FRANCIS ST. ONTARIO- CA 91761 USA | 6,288.67 |
| 38 | CIT FINANCIAL LTD | PO BOX 4094 STATION A TORONTO ONT M5W 3T1 | 920.85 |
| 39 | CITY OF CORNWALL | P.O. BOX 877  CORNWALL ON K6H 5T9 | 3,586.33 |
| 40 | CITY RADIATOR AUTO CENTRE | 1900 PITT STREET UNIT 1 CORNWALL ONT K6J 5H3 | 508.50 |
| 41 | CLAUDE SMALL ENGINES | 203 ELEVENTH STREET WEST  CORNWALL ONT K6J 3B4 | 28.20 |
| 42 | CORNWALL DOOR SYSTEMS | 3334 SECOND ST. EAST  CORNWALL ON K6H 6C6 | 1,937.95 |
| 43 | CORNWALL ELECTRIC | 1001 SYDNEY  CORNWALL ON K6H 3K1 | 39,276.96 |
| 44 | CORNWALL FREIGHLINER | BOX 266  CORNWALL ONT K6H 5S7 | 97.62 |
| 45 | CORNWALL GRAVEL COMPANY LTD. | P.O. BOX 67 390 ELEVENTH ST. W. CORNWALL ON K6H<br>5R9 | 2,375.94 |
| 46 | CRISTILL ROCK | 1140 BROOKDALE AVENUE  CORNWALL ONT K6J 4P4 | 391.99 |
| 47 | DALTCO ELECTRIC SUPPLY | 26 LAPPAN'S LANE BOX 817 KINGSTON ONT K7L 4X6 | 438.45 |
| 48 | DAVIS DISPLAY & EVENT | 38 GREENSBOROUGH DRIVE  TORONTO ON M9W 1E1 | 3,580.00 |
| 49 | DB COMMUNICATIONS<br>US | 5016 SPEDALE COURT # 345 SPRING HILL TN-37174 USA | 4,125.00 |
| 50 | DEETH WILLIAMS WALL LLP | 150 YORK ST. SUITE 400 TORONTO ON M5H 3S5 | 36,198.89 |
| 51 | DELMAR | 10636 COTE DE LIESSE  MONTREAL QC H8T 1A5 | 683.41 |
| 52 | DELMAR (US JAMAICA-7343868  CANADA INC)<br>US | 147-55 175TH ST. JAMAICA-NY 11434 USA | 9,228.22 |
| 53 | DELMAR (US MONTREAL) 7343868 CANADA INC. | 10636 COTE DE LIESSE 32 DUNDAS ST. MOTNREAL QC<br>H8T 1A5 | 15,305.49 |
| | US | | |
| 54 | DELMAR (US MONTREAL-SATISFIED)<br>US | 10636 COTE DE LIESSE  MONTREAL QC H8T 1A5 | 20,219.30 |
| 55 | DELMAR- 7343868 REC GEN | 10636 COTE DE LIESSE  MONTREAL QC H8T 1A5 | 57,233.67 |
| 56 | DERINGER<br>US | P.O. BOX 150  PHILIPSBURG QC J0J 1N0 | 4,192.19 |
| 57 | DIOTTE HYDRAULICS CO LIMITED | 5-645 BELFAST ROAD  OTTAWA ONT K1G 4V3 | 455.62. |
| 58 | DOMINIMARC INC | 930 RUE BEGIN ST LAURENT QC H4M 2N5 | 1,598.16 |
| 59 | DOVERCO | 3245 JB DESCHAMPS BOUL  LACHINE QC H8T 3E4 | 689.30 |
| 60 | DUBOIS CHEMICAL CANADA INC | PO BOX 7413 POSTAL STATION A TORONTO ON M5W<br>3C1 | 1,468.11 |
| 61 | DUPONT AUTHENTICATION INC.<br>US | 1750 NORTH 800 WEST LOGAN -UT 84321 USA | 6,748.11 |
| 62 | FASTENAL CANADA COMPANY | 860 TRILLIUM DRIVE SUITE /117 KITCHNNER ON N2R 1K4 | 1.00 |
| 63 | FASTFRATE | 9701 HIGHWAY 50  WOODBRIDGE ONT L4H 2G4 | 1,386.18 |
| 64 | FED EX TRADE NETWORKS (US) | 15704 COLLECTIONS CENTER DRIVE CHICAGO IL 60693<br>USA | 49,026.44 |
| | US | | |
| 65 | FEDERAL EXPRESS (CAN)<br>REVENUE RECOVERY DEPARTMENT | P.O. BOX 4626 STATION A TORONTO ON M5W 5B4 | 3,725.57 |
| 66 | FEDEX TRADE NETWORK CAN | T10007C/U PO BOX 10007 /STATION A TORONTO ONT<br>M5W 2B1 | 56.77 |
| | US ACCOUNT | | |
| 67 | FEDEX TRADE NETWORKS CAN INC.<br>T10007C/U | P.O. BOX 10007 STATION A TORONTO ON M5W 2B1 | 2,171.26 |
| 68 | FILLION | 150 KING STREET WEST SUITE 2601/BOX 32 TORONTO<br>ONT M5H 4B6 | 1,618.42 |
| 69 | FPD VIRGINIA INC.<br>US | P.O. BOX 822572 PHILADELPHIA PA-19182-2572 USA | 3,874.20 |
| 70 | FRICTION MATERIAL STANDARDS<br>US ACCOUNT | 23 WOODLAND ROAD SUITE B-3 MADISON/USA CT 06443 | 1,212.50 |
| 71 | FUTUR OFFICE | 34 8TH ST. WEST  CORNWALL ON K6J 2Z2 | 1,983.29 |

Litwin Boyadjian Inc.

| January 17, 2011 | | | Page: 3 |
|---|---|---|---|

IN THE MATTER OF THE RECEIVERSHIP OF
LES PRODUITS DE FREINS SATISFAIT INC.
"SATISFIED BRAKE PRODUCTS INC."
Mailing List

| 72 | G4S SECURE SOLUTION | 720 BELFAST RD. SUITE 201 OTTAWA ON K1G 0Z5 | 22,767.36 |
|---|---|---|---|
| 73 | GAZ METROPOLITAIN | 1717 DU HAVRE  MONTRÉAL QC H2K 2X3 | 473.63 |
| 74 | GAZ METROPOLITAIN - FAILLITE | 1717 DU HAVRE  MONTRÉAL QC H2K 2X3 | 1.00 |
| 75 | GE CANADA REAL ESTATE EQUITY (OLD | 8250 BOUL. DECARIE  MONTREAL QC H4P 2P5 | 7,220.01 |
| 76 | GIG INDUSTRIES | 402 BEACH AVENUE  CORNWALL ONT K6H 5P1 | 388.73 |
| 77 | GMT US | 5134 PAYSPHERE CIRCLE CHICAGO IL-60674 USA | 340,127.05 |
| 78 | GREENEBAUM DOLL & MCDONALD US | P.O. BOX 635179 CINCINATI-OH 45263-5179 USA | 18,815.36 |
| 79 | GREENING TESTING US | 19465 MT ELLIOT AVE. DETROIT-ML 48234 USA | 5,792.80 |
| 80 | GXS CANADA LTD | PO BOX 8912 STATION A TORONTO ONT M5W 2C5 | 739.02 |
| 81 | HANSLER | PO BOX 310  BROCVILLE ONT K6V 5V5 | 247.13 |
| 82 | HYDRO QUÉBEC/SECTION INSOLVABILITÉ | 140, BOUL. CRÉMAZIE OUEST 1ER ÉTAGE MONTRÉAL QC H2P 1C3 | 1.00 |
| 83 | HYDRO QUÉBEC/SECTION INSOLVABILITÉ | 140, BOUL. CRÉMAZIE OUEST 1ER ÉTAGE MONTRÉAL QC H2P 1C3 | 1,147.65 |
| 84 | I.S.A. PACKAGING INC. | 9191 HENRI-BOURASSA O. SUITE 100 ST-LAURENT QC H4S 1H9 | 10,798.08 |
| 85 | IBM CANADA LTD. | P.O. BOX 5100 STATION F TORONTO ON M4Y 2T5 | 5,525.33 |
| 86 | INFO PRINT SOLUTIONS | PO BOX 4385 STATION A TORONTO ONT M5W 3S9 | 286.35 |
| 87 | INSIGHT CANADA | 5410 DECARIE BLVD.  MONTREAL QC H3X 4B2 | 16,348.81 |
| 88 | INTERCONCEPT (CAN) | 148 BRUNSWICK BOUL P.O. BOX 8500 POINTE-CLAIRE QC H9R 5P9 | 4,506.38 |
| 89 | INTERNATIONAL BRAKE INDUSTRIES US | 2011 RELIABLE PARKWAY CHICAGO IL 60686 USA | 24,510.19 |
| 90 | IQMS CORPORATE OFFICE US | 2231 WISTERIA LANE PASO ROBLES CA 93446 USA | 68,596.63 |
| 91 | IROQUOIS ENTERPRISES | P.O. BOX 218 32 DUNDAS ST. IROQUOIS ON K0E 1K0 | 15,775.69 |
| 92 | JH RYDER MACHINERIE LTEE | 3430 RUE GRIFFITH  ST LAURENT QC H4T 1A7 | 268.96 |
| 93 | KINECOR | PLACE ARMES POSTAL STAION 36 MONTREAL QC H2Y 3E9 | 1,708.44 |
| 94 | LABRADOR LAURENTIENNE INC | PO BOX 4514 STATION A TORONTO ONT M5W 4L7 | 110.05 |
| 95 | LACELLE PAINTING LTD | 5498 CEDAR VIEW DRIVE  LONG SAULT ONT K0C 1P0 | 1,659.97 |
| 96 | LADOUCEUR & SON LTD. | 355 BALMORAL AVE.  CORNWALL ON K6H 3G6 | 10,987.19 |
| 97 | LAPINUS FIBRES US | P.O. BOX 1160 6040 KD ROERMOND THE NETHERLANDS | 88,463.00 |
| 98 | LAPOINTE ROSENSTEIN MARCHAND | 1250 BOUL RENE LEVESQUES WEST SUITE 1400 MONTREAL QC H3B 5E9 | 1,624.44 |
| 99 | LARIN SHEET METAL | 2980 MCCONNELL AVENUE  CORNWAL ONT K6H 5R6 | 351.44 |
| 100 | LINDE CANADA | PO BOX 4070 STATION A TORONTO ONT M2W 1M3 | 253.07 |
| 101 | LOCEY DELIVERY SERVICES | 209 A ALICE STREET  CORNWALL ONT K6H 4R8 | 9.04 |
| 102 | MARGIES DELIVERY SERVICE | 425 HILBERT AVENUE  CORNWALL ONT K6K 1H6 | 237.30 |
| 103 | MAXMAR LASER | 1005 TENTH STREET EAST RR1 CORNWALL ONT K6H 5R5 | 342.39 |
| 104 | MCMASTER-CARR US ACCOUNT | PO BOX 7690  CHICAGO IL 60680-7690 | 568.53 |
| 105 | METTLER TOLEDO | PO BOX 1518 STATION A TORONTO ONT M5W 3N9 | 1,440.76 |
| 106 | MILLER HUGHUES FORD SALES | 711 PITT STREET  CORNWALL ONT K6J 3S1 | 68.19 |
| 107 | MINIMAX TRANSPORT | PO BOX 92  CORNWALL ONT K6H 5R9 | 151.63 |
| 108 | MITCHEL LINCOLN PACKAGING | 3737 BOUL. THIMENS  ST-LAURENT QC H4R 1V1 | 5,882.29 |
| 109 | MR ROLLER INC | 4 PAGET ROAD UNIT 9 BRAMPTON ONT L6T 5G3 | 500.64 |
| 110 | NITRO MICROSYSTEMS | 1736 COURTWOOD CRESCENT  OTTAWA ONT K2C 2B5 | 836.20 |
| 111 | NOBLE TRADE | 7171 JANE STREET  CONCORD ONT L4K 1A7 | 287.90 |
| 112 | NORVIK TOOLING INC | 4050 RUE STEINBERG  ST LAURENT QC H4R 2G7 | 755.54 |
| 113 | NU CAP (US) US | 3370 PHARMACY AVE.  SCARBOROUG ON M1W 3K4 | 263,543.66 |
| 114 | OSI INDUSTRIAL | 250 NORTH MURRAY STREET  TRENTON ONT K8V 6R8 | 562.45 |

Litwin Boyadjian Inc.

January 17, 2011

IN THE MATTER OF THE RECEIVERSHIP OF

Page: 4

LES PRODUITS DE FREINS SATISFAIT INC.

"SATISFIED BRAKE PRODUCTS INC."

Mailing List

| | | | |
|---|---|---|---|
| 115 | PACKAGING TECHNOLOGIES (CAN) | 310 COURTLAND AVE.  CONCORD ON L4K 4Y6 | 12,984.81 |
| 116 | PACKAGING TECHNOLOGIES (US) US | 310 COURTLAND AVENUE  CONCORD ON L4K 4Y6 | 79,820.12 |
| 117 | PATRIOT FREIGHT SERVICES INC. | 6750 CHEMIN ST.FRANCOIS  ST-LAURENT QC H4S 1B7 | 29,100.00 |
| 118 | PCO SERVICES | 5840 FALBOURNE STREET  MISSISSAUGA ONT L5R 4B5 | 376.29 |
| 119 | PITNEY WORKS-BANKRUPTCY BANKRUPTCYHIGHWAY.COM (416) 253-3610 | P.O. BOC 57100  ETOBICOKE ON M8Y 3Y2 | 1,242.47 |
| 120 | PLS EQIPEMENT INC. | 2803 BOTHAM ST.  ST-LAURENT QC H2S 1H8 | 1,843.21 |
| 121 | PRINCE MINERALS INC US ACCOUNT | PO BOX 502431  ST LOUIS MO 63150-2431 | 308.13 |
| 122 | PROAX TECHNOLOGIES | 4030 BOIS FRANC  ST LAURENT QC H4S 1S7 | 87.27 |
| 123 | PROCESS HEATERS INC | 750 OAKDALE ROAD UNIT 58 TORONTO ONT M3N 2Z4 | 1,796.70 |
| 124 | PRODUCTO DIE MAKERS | 641 CHRISLEA ROAD U7NIT 4 VAUGHAN ONT L4L 8A3 | 106.72 |
| 125 | PUROLATOR COPURRIER ISABELLE | 6969 TRANSCANADIENNE HIGHWAY ROOM 110 STLAURENT QC H4T 2C1 | 55.64 |
| 126 | PYRO  FIRE PROTECTION SYSTEM | 950 CARLETON  CORNWALL ONT K6H 6B9 | 514.15 |
| 127 | QINGDAO DATION INDUSTRY US | 59 HALBING RD. JIAONAN, QINDAO CITY CN | 219,615.00 |
| 128 | QMI | 20 CARSLSON COURT SUITE 100 TORONTO ONT M9W 7K6 | 1,809.65 |
| 129 | R&R RECLAMATION INC. US | 1017 B MACARTHUR ROAD RADING -PA 19065-9402 USA | 25,200.00 |
| 130 | R.C. MAC | 19021 GLEN RD.  WILLIAMSTOWN ON K0C 2J0 | 55,773.60 |
| 131 | RANGARD SECURITY | 433 TOLLGATE ROAD  CORNWALL ONT K6H 5R6 | 497.20 |
| 132 | RAVINSKY RYAN LEMOINE PLACE DU CANADA | 1010 DELA GAUCHETIÈRE O. SUITE 1200 MONTREAL QC H3B 2N2 | 70,755.49 |
| 133 | RECEIVER GENERAL (FEDEX TRADE) | 9800 CAVENDISH BOUL  ST LAURENT QC H4M 2V9 | 360.79 |
| 134 | REED SMITH LIP US | 2672 PAYSPHERE CIRCLE CHICAGO-IL 60674 USA | 10,671.25 |
| 135 | REPLEX AUTOMOTIVE US ACCOUNT | 5395 MAINGATE DRIVE  MISSISSAUGA ONT L4W 1G6 | 1,661.10 |
| 136 | REVENU QUÉBEC-MONTRÉAL DIRECTION RÉGIONALE DE LA PERCEPTION | 1600, BOUL. RENÉ-LÉVESQUE OUEST 3E ÉTAGE SECTEUR R23CPF MONTRÉAL QC H3H 2V2 | 1.00 |
| 137 | ROGERS BUSINESS SOLUTIONS | PO BOX 2000 STATIOND SCARBOROUGH ONT M1R 5P4 | 694.18 |
| 138 | ROGERS PAIN SHOP | 413 MONTREAL RD.  CORNWALL ON K6H 1B8 | 1.00 |
| 139 | RONA HOME CENTER | 1100 MARLEAU STREET SUITE 100 CORNWALL ONT K6H 2W8 | 363.37 |
| 140 | ROSMAR LITHO INC. | 19500 CLARK GRAHAM  BAIE DURFE QC H9X 3R8 | 13,267.28 |
| 141 | RSI INDUSTRIAL SUPPLY | 1126 PAUL STREET  CORNWALL ONT K6H 6H5 | 817.67 |
| 142 | RSM RICHTER CAMBERLAND | 2 PLACE ALEXIS NIHON  MMONTREAL QC H3Z 3C2 | 72,409.31 |
| 143 | RUIYING AUTOMOTIVE MATERIAL US ACCOUNT | NO.1 RUIYANG BOUL INDUSTRIAL PARK XIANTAO CITY, HUBEL | 1.00 |
| 144 | SAINT GOBAIN (US) US | P.O. BOX 6100 POSTAL STATION F TORONTO ON M4Y 2Z2 | 2,290.07 |
| 145 | SAMUEL SPECIALITY METALS ONTARIO | 2360 DIXIE ROAD  MISSISSAUGA ONT L4Y 1Z7 | 907.16 |
| 146 | SARCELLE | 343 RUE ISAABEY  MONTREAL QC H4T 1Y2 | 1,904.71 |
| 147 | SERVICORP | 8600 DECARIE BOUL. SUITE 10 VILLE MONT-ROYAL QC H4P 2N2 | 5,626.23 |
| 148 | SHANDONG GOLD PHOENIX GROUP US | 84 NORTH ST. ZAOCHENG LEILING SHANDONG CHINA 253600 | 224,304.59 |
| 149 | SHOWA DENKO CARBON SALES INC. US | P.O. BOX 100607 ATLANTA-GA 30384-0607 USA | 11,220.00 |
| 150 | SIMPLEX LOCATION OUTILS | 9740 ACADIE  MONTREAL QC H4P 1L8 | 107.29 |
| 151 | ST LAWRENCE INDUSTRIAL SAFETY | 232 ELEVENTH STREET WEST  CORNWALL ONT K6J 3B2 | 533.68 |
| 152 | STRADER FERRIS US ACCOUNT | PO BOX 201  BROCVILLE ONT K6V 5V2 | 1,069.16 |

**Litwin Boyadjian Inc.**

January 17, 2011

IN THE MATTER OF THE RECEIVERSHIP OF

LES PRODUITS DE FREINS SATISFAIT INC.

"SATISFIED BRAKE PRODUCTS INC."

Mailing List

Page: 5

| | | | |
|---|---|---|---|
| 153 | STURDELL INDUSTRIES | 1907 ALBION RD.  REXDALE ON M9W 5S8 | 5,466.94 |
| 154 | SURGESON ELECTRIC | 1730 PITT STREET  SORNWALL ONT K6J 3V4 | 80.34 |
| 155 | TAXITAB | 455 COVENTRY ROAD  OTTAWA ONT K1K 2C5 | 10.95 |
| 156 | TEAL'S EXPRESS US DOLLAR | PO BOX 6010  WATERTOWN NY 13601 | 656.02 |
| 157 | TENAQUIP | 20701 CHEMIN STE MARIE  STE ANNE DE QC H9X 5X5 | 471.01 |
| 158 | THERMAL CERAMICS (US) US | 1185 WALKERS LINE  BURLINGTON ON L7M 1L1 | 68,342.40 |
| 159 | TWEED & HICKORY | 27 FIRST STREET EAST  CORNWALL ONT K6H 1K5 | 209.97 |
| 160 | UNION GAS | SUPERVISOR CENTRAL CASHIERING P.O. BOX 2001 CATHAM ON N7M 5M1 | 9,801.02 |
| 161 | UNITED PARCEL (CAN) | P.O. BOX 4900 STATION A TORONTO ON M5W 0A7 | 1.00 |
| 162 | VIASCAN INC. | 8102 TRANSCANADIENNE  VILLE ST-LAURENT QC H4S 1M5 | 2,462.02 |
| 163 | VIAU INDUSTRIES | 6638 ABRAMS  ST ALURENT QC H4S 1Y1 | 1,292.72 |
| 164 | VIDEOJET TECHNOLOGIES CANADA | 6500 VISCOUNT RD.  MISSISSAUGA ON L4V 1H3 | 2,501.23 |
| 165 | VILLENEUVE | 850 EDUCATION ROAD  CORNWALL ONT K6H 5T7 | 1,449.23 |
| 166 | VOGIAS MAINTENANCE REG | 1825 FERRIER  LAVAL CHOMEDEY QC H7T 1H5 | 1,835.64 |
| 167 | WAINBEE LTD | 5789 COOPERS AVENUE  MISSISSAUGA ONT L4Z 3S6 | 52.41 |
| 168 | WASTE MANAGEMENT | CP 11746 SUCC CENTRE VILLE MONTREAL QC H3C 6T1 | 151.98 |
| 169 | WAYNE SAFETY INC. | 1250 SHEPPARD AVE. W  TORONTO ON M3K 2A6 | 1,917.32 |
| 170 | WESTBURN RUDDY | PO BOX 1220 STATION B MISSISSAUGA ONT L4Y 3W5 | 646.11 |

Number of creditors printed = 170

## **EXHIBIT B**

(Corporate Ownership Statement)

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### LEXINGTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **SATISFIED BRAKE PRODUCTS, INC.** | ) | Case No. 11-_____ |
| | ) | |
| | ) | |
| **Debtor in a Foreign Proceeding** | ) | **CHAPTER 15** |
| | ) | |
| | ) | |
| | ) | |

## CORPORATE DISCLOSURE STATEMENT

Petitioner Satisfied Brake Products, Inc. ("Satisfied"), by counsel and pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, hereby states Satisfied is a Canadian corporation that its parent corporation is 2149-5460 Quebec, Inc. and that no publicly held corporation owns 10% or more of Satisfied's stock.

Respectfully submitted,

/s/ Gregory R. Schaaf_____
Gregory R. Schaaf
Brian M. Johnson
GREENEBAUM DOLL & MCDONALD PLLC
300 West Vine Street, Suite 1100
Lexington, KY  40507
(859)-231-8500 (telephone)
(859)-255-2742 (facsimile)
grs@gdm.com
bmj@gdm.com
COUNSEL FOR FOREIGN REPRESENTATIVE

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2011, I electronically filed the foregoing with the clerk

of the Court by using the CM/ECF system, and to the following by U.S. Mail, postage prepaid:

Michael D. Wexler
Jason P. Stiehl
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577

Barry D. Hunter
Frost Brown Todd
2700 Lexington Financial Center
250 W. Main Street
Lexington, KY  40507

COUNSEL FOR PLAINTIFF

/s/ Gregory R. Schaaf
COUNSEL FOR FOREIGN REPRESENTATIVE

4382585_1.DOC

## EXHIBIT C

(Persons Authorized to Administer Foreign Proceedings)

Insolvency Proceeding:

In Re the matter of Satisfied Brakes Inc. (Debtor) and Litwin Boyadjian Inc. Trustee, Superior Court, Province of Quebec, District of Montreal, Bankruptcy Division, Court Number 500-11-040128-114, Superintendant Number 41-1449455, File number 1101002

Trustee:

Litwin Boyadjian Inc.
Noubar Boyadjian, C.A., Representative
1411 Rue Peel, Suite 602
Montreal, Quebec
H3A 1S5, Canada
Office: (514) 875-4000
Fax: (514) 875-0598

## EXHIBIT D

(Parties Involved in Litigation Pending)

*Brake Parts, Inc., v. David Lewis, Satisfied Brake Products, Inc., Robert Kahan*, Case no. 09-CV-132-KSF, in the United States District Court for the Eastern District of Kentucky

Note:   Contemporaneously with this filing, the Kentucky District Court authorized the Plaintiff to file a Second Amended Complaint, which would add the following as defendants:  Brakes and Mortar, Inc.; 139320 Canada, Inc.; 2149-5460 Quebec, Inc.; 7343868 Canada, Inc.; 2930587 Canada, Inc.; Stewart Kahan; and Ken Schouten.

Brake Parts, Inc. (Plaintiff)
c/o Barry B. Hunter
Frost Brown Todd
Lexington Financial Center
250 West Main Street, Suite 2800
Lexington, Kentucky 40507-1749

– and –

Michael D. Wexler
Jason P. Steihl
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603

Robert Kahan (co-Defendant)
Satisfied Brake Products, Inc.
9060 Ryan
Dorval, Quebec  H9P2M8
Canada

## EXHIBIT E

(Persons Against Whom Provisional Relief is Sought)

**Brake Parts, Inc.**
c/o Barry B. Hunter
Frost Brown Todd
Lexington Financial Center
250 West Main Street, Suite 2800
Lexington, Kentucky 40507-1749

– and –

Michael D. Wexler
Jason P. Steihl
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603

**Robert Kahan**
Satisfied Brake Products, Inc.
9060 Ryan
Dorval, Quebec  H9P2M8
Canada